**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**JAMILLAH C. DAVIS**,

              PLAINTIFF,

   v.

**COUNTY OF ERIE**,

              DEFENDANT.

---

**STIPULATION OF DISCONTINUANCE**

CIVIL ACTION NO.
17-CV-0955-LJV-MJR

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their respective undersigned attorneys, that the above-entitled action may be, and hereby is, dismissed with prejudice and on the merits, without any award of costs, disbursements, or attorneys' fees to either party.

DATED:    Buffalo, New York
                September 28, 2020

| **LIPPES MATHIAS WEXLER FRIEDMAN LLP** | **LAW OFFICE OF LINDY KORN** |
|---|---|
| s/Vincent M. Miranda<br>*Attorneys for Defendant,*<br>*County of Erie*<br>50 Fountain Plaza, Suite 1700<br>Buffalo, New York 14202<br>Telephone: (716)853-5100<br>Email: vmiranda@lippes.com | s/William Harper<br>*Attorneys for Plaintiff,*<br>*Jamillah C. Davis*<br>535 Washington Street, 9th Floor<br>Buffalo, New York 14203<br>Telephone: (716) 856-5676<br>Email: wharper@wharper-law.com |